# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GULFPORT ENERGY CORPORATION, a foreign corporation,<br><br>    Plaintiff,<br><br>v.<br><br>(2) IRONSHORE SPECIALITY INSURANCE COMPANY, a foreign corporation,<br><br>    Defendant. | CASE NO.:  CIV-16-01091-W |

## DISMISSAL WITH PREJUDICE

Plaintiff, Gulfport Energy Corporation, hereby dismisses with prejudice the above-styled and numbered action against Defendant, Ironshore Specialty Insurance Company, with each party to bear its own fees and costs.

Respectfully Submitted,

s// David A. Elder
David A. Elder, OBA # 20687
Matthew W. Brockman, OBA # 22077
Michael A. Furlong, OBA # 31063
HARTZOG CONGER CASON & NEVILLE
1600 Bank of Oklahoma Plaza
201 Robert S. Kerr Avenue
Oklahoma City, OK 73102
(405) 235-7000 | (405) 996-3403 (fax)
delder@hartzoglaw.com
mbrockman@hartzoglaw.com
mfurlong@hartzoglaw.com
**ATTORNEYS FOR PLAINTIFF**
